**UNITED STATES of America, Plaintiff–Appellant,**

v.

**Hector Rene GOMEZ–RODRIGUEZ, Defendant–Appellee.**

**No. 95–10114.**

United States Court of Appeals, Ninth Circuit.

May 15, 1996.

Before: HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.